# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D20-1135
_____

T.G., Mother of K.G., a Minor
Child,

    Appellant,

    v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

    Appellee.
_____

On appeal from the Circuit Court for Duval County.
David M. Gooding, Judge.

September 2, 2020

PER CURIAM.

    AFFIRMED.

ROBERTS, KELSEY, and JAY, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Crystal McBee Frusciante, Office of Criminal Conflict and Civil Regional Counsel Regional One, Sunrise, for Appellant.

Thomasina F. Moore, Statewide Director of Appeals, and Sara Goldfarb, Senior Attorney, Statewide Guardian ad Litem Office, Tallahassee; Ward L. Metzger, Department of Children and Families, Jacksonville, for Appellee.